| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | BLUM \| COLLINS LLP<br>   Steven A. Blum (Bar No. 133208)<br>     blum@blumcollins.com<br>   Craig M. Collins (Bar No. 151582)<br>     collins@blumcollins.com<br>   Douglas L. Thorpe (Bar No. 43749)<br>     dthorpe@thorpelink.com<br>707 Wilshire Blvd., 48th Floor<br>Los Angeles, California 90017<br>Telephone: 213.572.0400<br>Facsimile: 213.572.0401<br>  Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT<br>
NORTHERN DISTRICT OF CALIFORNIA<br>
SAN FRANCISCO DIVISION

| | |
|---|---|
| KENDRICK PATTERSON, ADAM BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARYL YEAKLE, and RAYMOND R. PLANTE, each individually, and on behalf of all others similarly situated and the general public,<br><br>             Plaintiffs,<br><br>  v.<br><br>STEPHEN V. O'NEAL, individually and on behalf of those similarly situated; THOMAS HILL, individually and on behalf of those similarly situated; ELLEN L. BASTIER, individually and on behalf of those similarly situated; MARK WEITZEL, individually and on behalf of those similarly situated; JULIAN MILLSTEIN, individually and on behalf of those similarly situated; JEFFREY STEINER, individually and on behalf of those similarly situated; and DAVID P. GRAYBEAL, individually and on behalf of those similarly situated; ORRICK, HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, DLA PIPER LLP, a limited liability partnership, NIXON PEABODY LLP, a limited liability partnership, HOWREY LLP, a limited liability partnership, and MORGAN LEWIS & BOCKIUS LLP, a limited liability partnership,<br>             Defendants. | Case No. 09-cv-03031 SC<br><br>(Related Case No. 08-cv-05322 SC)<br><br>**STIPULATION TO ALLOW PLAINTIFFS TO FILE A SINGLE, COMBINED OPPOSITION BRIEF TO FIVE MOTIONS TO DISMISS**<br><br><br><br><br><br>**<u>HEARING ON MOTIONS TO DISMISS</u>**:<br>Date:     November 20, 2009<br>Time:    10:00 a.m.<br>Judge:   Hon. Samuel Conti<br>Place:    United States Courthouse<br>           Dept. 1, 17th Floor<br>           450 Golden Gate Avenue<br>           San Francisco, California |

STIPULATION TO ALLOW PLAINTIFFS TO FILE A
SINGLE COMBINED OPPOSITION BRIEF;
CASE NO. 09-CV-03031-SC

| | |
|---|---|
| 1 | WHEREAS, Defendants DLA Piper LLP (US), Nixon Peabody LLP, Howrey LLP, |
| 2 | Morgan, Lewis & Bockius LLP, and Orrick, Herrington & Sutcliffe LLP (collectively, the "Five |
| 3 | Law Firm Defendants") have filed motions to dismiss (the "Motions to Dismiss") the First |
| 4 | Amended Complaint filed by Plaintiffs Kendrick Patterson, Adam Bergman, Michael Attianese, |
| 5 | Andrea Levy, Daryl Yeakle, and Raymond R. Plante (collectively, "Plaintiffs") pursuant to Rule |
| 6 | 12(b)(6) of the Federal Rules of Civil Procedure; |

WHEREAS, Defendants DLA Piper LLP (US), Nixon Peabody LLP, Howrey LLP, Morgan, Lewis & Bockius LLP, and Orrick, Herrington & Sutcliffe LLP (collectively, the "Five Law Firm Defendants") have filed motions to dismiss (the "Motions to Dismiss") the First Amended Complaint filed by Plaintiffs Kendrick Patterson, Adam Bergman, Michael Attianese, Andrea Levy, Daryl Yeakle, and Raymond R. Plante (collectively, "Plaintiffs") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, the five Motions to Dismiss are set for hearing on November 20, 2009 at 10:00 a.m. (per Docket No. 41),

WHEREAS, the Court has ordered that any Opposition briefs must be filed no later than October 23, 2009; and

WHEREAS, Plaintiffs believe it would serve the interest of judicial economy for the Plaintiffs to file a single combined opposition brief to all five Motions to Dismiss, rather than separate opposition briefs;

THEREFORE, the Plaintiffs and the Five Law Firm Defendants stipulate as follows:

1. Plaintiffs may file a single omnibus memorandum of points and authorities in opposition to all five motions. The memorandum may be up to 35 pages of text.

IT IS SO STIPULATED.

Dated: October 19, 2009                    FOLGER LEVIN & KAHN LLP

                                           By: /s/ Jiyun Cameron Lee
                                           Attorneys for Defendant
                                           Morgan, Lewis & Bockius LLP

Dated: October 19, 2009                    KEKER & VAN NEST LLP

                                           By: /s/ Wendy J. Thurm
                                           Attorneys for Defendant
                                           DLA PIPER LLP (US)

| | | |
|---|---|---|
| 1 | Dated: October 19, 2009 | HOWREY LLP |
| 2 | | |
| 3 | | By: /s/ Richard J. Burdge, Jr.<br>Attorneys for Defendant<br>HOWREY LLP |
| 4 | | |
| 5 | Dated: October 19, 2009 | NIXON PEABODY LLP |
| 6 | | |
| 7 | | By: /s/ Andrew Neilson<br>Attorneys for Defendant<br>NIXON PEABODY LLP |
| 8 | | |
| 9 | Dated: October 19, 2009 | HOWARD RICE |
| 10 | | |
| 11 | | By: /s/ Jonathan William Hughes |
| 12 | | |
| 13 | | Attorneys for Defendant<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 18 | Dated: October 19, 2009 | BLUM COLLINS LLP |
| 19 | | |
| 20 | | By: /s/ Craig Michael Collins<br>Attorneys for Plaintiffs |

Pursuant to General Order 45(X), I hereby attest that the signatories above have concurred in the filing of this document.

/s/ Craig M. Collins

**ORDER**

Pursuant to stipulation, the Court hereby orders that in response to five pending motions to dismiss filed by Defendants DLA Piper LLP (US), Nixon Peabody LLP, Howrey LLP, Morgan, Lewis & Bockius LLP, and Orrick, Herrington & Sutcliffe LLP, Plaintiffs may file a single omnibus memorandum of points and authorities in opposition to all of up to 35 pages in length.

IT IS SO ORDERED.

Dated: October 22, 2009



_____
Honorable
United States

-3-

STIPULATION TO ALLOW PLAINTIFFS TO FILE A
SINGLE COMBINED OPPOSITION BRIEF
CASE NO. 09-CV-03031-SC