BLUM | COLLINS LLP
   Steven A. Blum (Bar No. 133208)
     blum@blumcollins.com
   Craig M. Collins (Bar No. 151582)
     collins@blumcollins.com
   Douglas L. Thorpe (Bar No. 43749)
     dthorpe@thorpelink.com
707 Wilshire Blvd., 48th Floor
Los Angeles, California 90017
Telephone:  213.572.0400
Facsimile:  213.572.0401
 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

KENDRICK PATTERSON, ADAM
BERGMAN, MICHAEL ATTIANESE,
ANDREA LEVY, DARYL YEAKLE,  and
RAYMOND R. PLANTE, each
individually, and on behalf of all others
similarly situated and the general public,

                  Plaintiffs,

        v.

STEPHEN V. O'NEAL, individually and
on behalf of those similarly situated;
THOMAS HILL, individually and on
behalf of those similarly situated; ELLEN
L. BASTIER, individually and on behalf of
those similarly situated; MARK
WEITZEL, individually and on behalf of
those similarly situated; JULIAN
MILLSTEIN, individually and on behalf of
those similarly situated; JEFFREY
STEINER, individually and on behalf of
those similarly situated; and DAVID P.
GRAYBEAL, individually and on behalf
of those similarly situated; ORRICK,
HERRINGTON & SUTCLIFFE LLP, a
limited liability partnership, DLA PIPER
LLP, a limited liability partnership,
NIXON PEABODY LLP, a limited
liability partnership, HOWREY LLP, a
limited liability partnership, and
MORGAN LEWIS & BOCKIUS LLP, a
limited liability partnership,
                  Defendants.

Case No. 09-cv-03031 SC

(Related Case No. 08-cv-05322 SC)

**STIPULATION TO ALLOW PLAINTIFFS
TO FILE A SINGLE, COMBINED
OPPOSITION BRIEF TO FIVE MOTIONS
TO DISMISS**

**HEARING ON MOTIONS TO DISMISS**:
Date:         November 20, 2009
Time:         10:00 a.m.
Judge:       Hon. Samuel Conti
Place:        United States Courthouse
                 Dept. 1, 17th Floor
                 450 Golden Gate Avenue
                 San Francisco, California

1    WHEREAS, Defendants DLA Piper LLP (US), Nixon Peabody LLP, Howrey LLP,

2  Morgan, Lewis & Bockius LLP, and Orrick, Herrington & Sutcliffe LLP (collectively, the "Five

3  Law Firm Defendants") have filed motions to dismiss (the "Motions to Dismiss") the First

4  Amended Complaint filed by Plaintiffs Kendrick Patterson, Adam Bergman, Michael Attianese,

5  Andrea Levy, Daryl Yeakle, and Raymond R. Plante (collectively, "Plaintiffs") pursuant to Rule

6  12(b)(6) of the Federal Rules of Civil Procedure;

7    WHEREAS, the five Motions to Dismiss are set for hearing on November 20, 2009 at

8  10:00 a.m. (per Docket No. 41),

9    WHEREAS, the Court has ordered that any Opposition briefs must be filed no later than

10  October 23, 2009; and

11    WHEREAS, Plaintiffs believe it would serve the interest of judicial economy for the

12  Plaintiffs to file a single combined opposition brief to all five Motions to Dismiss, rather than

13  separate opposition briefs;

14    THEREFORE, the Plaintiffs and the Five Law Firm Defendants stipulate as follows:

15    1.    Plaintiffs may file a single omnibus memorandum of points and authorities in

16  opposition to all five motions.  The memorandum may be up to 35 pages of text.

17    IT IS SO STIPULATED.

18

19  Dated: October 19, 2009                    FOLGER LEVIN & KAHN LLP

20

21                                             By: /s/ Jiyun Cameron Lee
                                               Attorneys for Defendant
22                                             Morgan, Lewis & Bockius LLP

23  Dated: October 19, 2009                    KEKER & VAN NEST LLP

24

25                                             By: /s/ Wendy J. Thurm
                                               Attorneys for Defendant
26                                             DLA PIPER LLP (US)

27

28

1    Dated: October 19, 2009               HOWREY LLP

2

3                               By: /s/ Richard J. Burdge, Jr.
                              Attorneys for Defendant
                              HOWREY LLP

4

5    Dated: October 19, 2009              NIXON PEABODY LLP

6

7                               By: /s/ Andrew Neilson
                              Attorneys for Defendant
                              NIXON PEABODY LLP

8

9

   Dated: October 19, 2009               HOWARD RICE

10

11                               By: /s/ Jonathan William Hughes

12

13                               Attorneys for Defendant
                ORRICK, HERRINGTON & SUTCLIFFE, LLP

14

15

16

17

18    Dated: October 19, 2009              BLUM COLLINS LLP

19

20                               By: /s/ Craig Michael Collins
                              Attorneys for Plaintiffs

21

22    Pursuant to General Order 45(X), I hereby attest that the signatories above have concurred in the

23    filing of this document.

24                                  /s/ Craig M. Collins

25

26

27

28

1

**<u>ORDER</u>**

2       Pursuant to stipulation, the Court hereby orders that in response to five pending motions

3  to dismiss filed by Defendants DLA Piper LLP (US), Nixon Peabody LLP, Howrey LLP,

4  Morgan, Lewis & Bockius LLP, and Orrick, Herrington & Sutcliffe LLP, Plaintiffs may file a

5  single omnibus memorandum of points and authorities in opposition to all of up to 35 pages in

6  length.

7

8       IT IS SO ORDERED.

9  Dated: October __22__, 2009

10  Honorabl[...]
    United S[...]

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION TO ALLOW PLAINTIFFS TO FILE A
SINGLE COMBINED OPPOSITION BRIEF
CASE NO. 09-CV-03031-SC