PAMELA PHILLIPS (No. 87581)
Email: pphillips@howardrice.com
JONATHAN W. HUGHES (No. 186829)
Email: jhughes@howardrice.com
NOAH S. ROSENTHAL (No. 240742)
Email: nrosenthal@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Defendants
ORRICK, HERRINGTON & SUTCLIFFE LLP
and MARK WEITZEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRICK PATTERSON, ADAM BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARYL YEAKLE, and RAYMOND R. PLANTE, each individually, and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN V. O'NEAL, individually and on behalf of those similarly situated; THOMAS HILL, individually and on behalf of those similarly situated; ELLEN L. BASTIER, individually and on behalf of those similarly situated; MARK WEITZEL, individually and on behalf of those similarly situated; JULIAN MILLSTEIN, individually and on behalf of those similarly situated; JEFFREY STEINER, individually and on behalf of those similarly situated; and DAVID P. GRAYBEAL, individually and on behalf of those similarly situated; ORRICK, HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, DLA PIPER LLP, a limited liability partnership, NIXON PEABODY LLP, a limited liability partnership, HOWREY LLP, a limited liability partnership, and MORGAN LEWIS & BOCKIUS LLP, a limited liability partnership,<br><br>Defendants. | No. 09-cv-03031-SC<br><br>Action Filed: July 6, 2009<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: November 20, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. The initial case management conference is continued to ~~January 29, 2010~~ January 22, 2010.

2. The last day to file Rule 26(f) Reports, complete initial disclosures or state objections in Rule 26(f) Reports and file Case Management Statements will be ~~January 22,~~ January 15, 2010, seven days before the initial case management conference.

DATED: November 12, 2009



_____
HON. SAMUEL CONTI
Judge Samuel Conti