BLUM | COLLINS LLP
Steven A. Blum (Bar No. 133208)
blum@blumcollins.com
Craig M. Collins (Bar No. 151582)
collins@blumcollins.com
Douglas L. Thorpe (Bar No. 43749)
dthorpe@thorpelink.com
707 Wilshire Blvd., 48th Floor
Los Angeles, California 90017
Telephone:  213.572.0400
Facsimile:  213.572.0401

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRICK PATTERSON, ADAM BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARRYL YEAKLE, and RAYMOND R. PLANTE, each individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN V. O'NEAL, individually and on behalf of those similarly situated, THOMAS HILL, individually and on behalf of those similarly situated, ELLEN L. BASTIER, individually and on behalf of those similarly situated, MARK WEITZEL, individually and on behalf of those similarly situated, JULIAN MILLSTEIN, individually and on behalf of those similarly situated, JEFFREY STEINER, individually and on behalf of those similarly situated, DAVID P. GRAYBEAL, individually and on behalf of those similarly situated; ORRICK HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, DLA PIPER LLP, a limited liability partnership, NIXON PEABODY LLP, a limited liability partnership, HOWREY LLP, a limited liability partnership, MORGAN, LEWIS & BOCKIUS LLP, a limited liability partnership,<br><br>Defendants. | CASE NO. 09-cv-03031-SC<br><br>**[PROPOSED] ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**Initial Case Management Conference**:<br>Date:         January 22, 2010<br>Time:         10:00 a.m.<br>Judge:        Hon. Samuel Conti<br>Place:        United States Courthouse<br>              Dept. 1, 17th Floor<br>              450 Golden Gate Avenue<br>              San Francisco, California |

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 2 | Defendants Stephen O'Neal, Thomas Hill, Ellen Bastier, Mark Weitzel, Julian |
| 3 | Millstein, Jeffrey Steiner and David Graybeal may file and serve their responses to the First |
| 4 | Amended Complaint on or before February 15, 2010. |

Dated  12/7/09



The Honorable Samuel Conti