# BLUM|COLLINS LLP
THE AON CENTER
707 WILSHIRE BLVD., SUITE 4880
LOS ANGELES, CA 90017
TELEPHONE (213) 572-0400
FAX (213) 572-0401
CRAIG M. COLLINS, BAR NO. 151582
collins@blumcollins.com
STEVEN A. BLUM, BAR NO. 133208
blum@blumcollins.com
DOUGLAS L. THORPE, BAR NO. 43749
dthorpe@thorpelink.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRICK PATTERSON, ADAM BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARYL YEAKLE, and RAYMOND R. PLANTE, each individually, and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN V. O'NEAL, individually and on behalf of those similarly situated; THOMAS HILL, individually and on behalf of those similarly situated; ELLEN L. BASTIER, individually and on behalf of those similarly situated; MARK WEITZEL, individually and on behalf of those similarly situated; JULIAN MILLSTEIN, individually and on behalf of those similarly situated; JEFFREY STEINER, individually and on behalf of those similarly situated; and DAVID P. GRAYBEAL, individually and on behalf of those similarly situated; ORRICK, HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, DLA PIPER LLP, a limited liability partnership, NIXON PEABODY LLP, a limited liability partnership, HOWREY LLP, a limited liability partnership, and MORGAN LEWIS & BOCKIUS LLP, a limited liability partnership,<br><br>Defendants. | Case No. 09-cv-03031-SC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), plaintiffs voluntarily dismiss the above-captioned entire action without prejudice.

Dated: January 11, 2010					BLUM COLLINS LLP


						By   /s/ Craig M. Collins

						CRAIG M. COLLINS
						Attorneys for Plaintiffs

**IT IS SO ORDERED**
Judge Samuel Conti
1/12/10
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA