1
**BLUM | COLLINS LLP**
THE AON CENTER
707 WILSHIRE BLVD., SUITE 4880
LOS ANGELES, CA 90017
TELEPHONE (213) 572-0400
FAX (213) 572-0401
CRAIG M. COLLINS, BAR NO. 151582
collins@blumcollins.com
STEVEN A. BLUM, BAR NO. 133208
blum@blumcollins.com
DOUGLAS L. THORPE, BAR NO. 43749
dthorpe@thorpelink.com

2
3
4
5
6

7         **UNITED STATES DISTRICT COURT**

8         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENDRICK PATTERSON, ADAM BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARYL YEAKLE, and RAYMOND R. PLANTE, each individually, and on behalf of all others similarly situated and the general public, | Case No.  09-cv-03031-SC |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| STEPHEN V. O'NEAL, individually and on behalf of those similarly situated; THOMAS HILL, individually and on behalf of those similarly situated; ELLEN L. BASTIER, individually and on behalf of those similarly situated; MARK WEITZEL, individually and on behalf of those similarly situated; JULIAN MILLSTEIN, individually and on behalf of those similarly situated; JEFFREY STEINER, individually and on behalf of those similarly situated; and DAVID P. GRAYBEAL, individually and on behalf of those similarly situated; ORRICK, HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, DLA PIPER LLP, a limited liability partnership, NIXON PEABODY LLP, a limited liability partnership, HOWREY LLP, a limited liability partnership, and MORGAN LEWIS & BOCKIUS LLP, a limited liability partnership, | |
| Defendants. | |

1  NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i),
2  plaintiffs voluntarily dismiss the above-captioned entire action without prejudice.

4  Dated: January 11, 2010                BLUM COLLINS LLP

6                                         By  /s/ Craig M. Collins
7                                         CRAIG M. COLLINS
8                                         Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Samuel Conti
1/12/10

1