| | |
|---|---|
| 1 | **BLUM\|COLLINS** LLP |
| 2 | THE AON CENTER |
|   | 707 WILSHIRE BLVD., SUITE 4880 |
|   | LOS ANGELES, CA 90017 |
| 3 | TELEPHONE (213) 572-0400 |
|   | FAX (213) 572-0401 |
| 4 | CRAIG M. COLLINS, BAR NO. 151582 |
|   | collins@blumcollins.com |
| 5 | STEVEN A. BLUM, BAR NO. 133208 |
|   | blum@blumcollins.com |
| 6 | DOUGLAS L. THORPE, BAR NO. 43749 |
|   | dthorpe@thorpelink.com |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENDRICK PATTERSON, ADAM BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARYL YEAKLE, and RAYMOND R. PLANTE, each individually, and on behalf of all others similarly situated and the general public,

        Plaintiffs,

vs.

STEPHEN V. O'NEAL, individually and on behalf of those similarly situated; THOMAS HILL, individually and on behalf of those similarly situated; ELLEN L. BASTIER, individually and on behalf of those similarly situated; MARK WEITZEL, individually and on behalf of those similarly situated; JULIAN MILLSTEIN, individually and on behalf of those similarly situated; JEFFREY STEINER, individually and on behalf of those similarly situated; and DAVID P. GRAYBEAL, individually and on behalf of those similarly situated; ORRICK, HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, DLA PIPER LLP, a limited liability partnership, NIXON PEABODY LLP, a limited liability partnership, HOWREY LLP, a limited liability partnership, and MORGAN LEWIS & BOCKIUS LLP, a limited liability partnership,

        Defendants.

Case No.  09-cv-03031-SC

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE AND STIPULATED WAIVER OF COSTS**

| | |
|---|---|
| 1 | THE PARTIES HERETO, THROUGH THEIR UNDERSIGNED |
| 2 | COUNSEL OF RECORD, STIPULATE AS FOLLOWS: |
| 3 | |
| 4 | Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated |
| 5 | and agreed, by and among Plaintiffs KENDRICK PATTERSON, ADAM |
| 6 | BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARYL YEAKLE, and |
| 7 | RAYMOND R. PLANTE and Defendants MARK WEITZEL and ORRICK, |
| 8 | HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, that plaintiffs |
| 9 | voluntarily dismiss all claims in the above-captioned action as to defendants |
| 10 | Orrick, Herrington & Sutcliffe LLP and Mark Weitzel with prejudice. Each party |
| 11 | is to bear his, her or its own attorneys' fees and costs. |

Pursuant to Local Rule 7-7(e), Defendant Orrick, Herrington & Sutcliffe LLP withdraws its motion for sanctions, scheduled for hearing on February 5, 2010.

Dated: January 21, 2010                BLUM COLLINS LLP



By   /s/ Craig M. Collins

CRAIG M. COLLINS
Attorneys for Plaintiffs Kendrick Patterson, Adam Bergman, Michael Attianese, Andrea Levy, Daryl Yeakle and Raymond Plante

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

1

Patterson, *et al.* v. O'Neal, *et al.*          Plaintiffs' Dismissal With Prejudice and Costs Waiver
Case No. 09-cv-03031-SC

| | |
|---|---|
| Dated: January 21, 2010 | HOWARD RICE NEMROVSKI CANADY<br>FALK & RABKIN LLP<br><br>By: /s/Jonathan W. Hughes<br>　　Jonathan W. Hughes<br>Attorneys for Defendants Mark Weitzel and<br>Orrick, Herrington & Sutcliffe LLP |