**BLUM | COLLINS LLP**
THE AON CENTER
707 WILSHIRE BLVD., SUITE 4880
LOS ANGELES, CA 90017
TELEPHONE (213) 572-0400
FAX (213) 572-0401
CRAIG M. COLLINS, BAR NO. 151582
collins@blumcollins.com
STEVEN A. BLUM, BAR NO. 133208
blum@blumcollins.com
DOUGLAS L. THORPE, BAR NO. 43749
dthorpe@thorpelink.com

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENDRICK PATTERSON, ADAM BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARYL YEAKLE, and RAYMOND R. PLANTE, each individually, and on behalf of all others similarly situated and the general public,<br><br>            Plaintiffs,<br><br>    vs.<br><br>STEPHEN V. O'NEAL, individually and on behalf of those similarly situated; THOMAS HILL, individually and on behalf of those similarly situated; ELLEN L. BASTIER, individually and on behalf of those similarly situated; MARK WEITZEL, individually and on behalf of those similarly situated; JULIAN MILLSTEIN, individually and on behalf of those similarly situated; JEFFREY STEINER, individually and on behalf of those similarly situated; and DAVID P. GRAYBEAL, individually and on behalf of those similarly situated; ORRICK, HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, DLA PIPER LLP, a limited liability partnership, NIXON PEABODY LLP, a limited liability partnership, HOWREY LLP, a limited liability partnership, and MORGAN LEWIS & BOCKIUS LLP, a limited liability partnership,<br><br>            Defendants. | Case No.  09-cv-03031-SC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE AND STIPULATED WAIVER OF COSTS** |

THE PARTIES HERETO, THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed, by and among Plaintiffs KENDRICK PATTERSON, ADAM BERGMAN, MICHAEL ATTIANESE, ANDREA LEVY, DARYL YEAKLE, and RAYMOND R. PLANTE and Defendants MARK WEITZEL and ORRICK, HERRINGTON & SUTCLIFFE LLP, a limited liability partnership, that plaintiffs voluntarily dismiss all claims in the above-captioned action as to defendants Orrick, Herrington & Sutcliffe LLP and Mark Weitzel with prejudice.  Each party is to bear his, her or its own attorneys' fees and costs.

Pursuant to Local Rule 7-7(e), Defendant Orrick, Herrington & Sutcliffe LLP withdraws its motion for sanctions, scheduled for hearing on February 5, 2010.

Dated: January 21, 2010                    BLUM COLLINS LLP



By   /s/ Craig M. Collins

CRAIG M. COLLINS
Attorneys for Plaintiffs Kendrick Patterson, Adam Bergman, Michael Attianese, Andrea Levy, Daryl Yeakle and Raymond Plante

Dated: January 21, 2010

HOWARD RICE NEMROVSKI CANADY
FALK & RABKIN LLP


By: /s/Jonathan W. Hughes
       Jonathan W. Hughes
Attorneys for Defendants Mark Weitzel and
Orrick, Herrington & Sutcliffe LLP